THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM J. STURGEON, JR., Defendant-Appellant.

(No. 72-60; 

Second District—October 26, 1972.

Opinion by Mr. JUSTICE GUILD.

William J. Sturgeon, Sr., of Dixon, for appellant.

William V. Hopf, State's Attorney, of Wheaton, (Ralph J. Gust, Jr., Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* ROGER LENTZ, Defendant-Appellee.

(No. 72-63; 

Second District—October 26, 1972.

William V. Hopf, State's Attorney, of Wheaton, (Ralph J. Gust, Jr., and Malcolm F. Smith, Assistant State's Attorneys, of counsel,) for the People.